IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD EUGENE GARDNER, <br> (AIS # 283161), <br>     Plaintiff, <br><br> vs. <br><br> HEUY MACK, et al., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION 12-0281-CG-C |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Donald Eugene Gardner recover nothing, and the claims made against Defendants Sheriff Huey Mack, Assistant Chief Deputy of Corrections Dale Byrne, Sergeant Melvin Bradley, Officer Anthony Brown, Officer David Aldrete, Officer John Rowell, Officer Kendrick McNeal, Officer Joshua Keers, and Officer Mark Boyington are hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 2nd day of March, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE